**United States District Court**
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  TRUSTEE F.G. CROSTHWAITE;                    No. C 11-06661 CW
   OPERATING ENGINEERS' HEALTH AND
5  WELFARE TRUST FUND FOR NORTHERN              ORDER RE DEFAULT
   CALIFORNIA; PENSION TRUST FUND
6  FOR OPERATING ENGINEERS;
   PENSIONED OPERATING ENGINEERS'
7  HEALTH AND WELFARE TRUST;
   OPERATING ENGINEERS AND
8  PARTICIPATING EMPLOYERS
   PRE-APPRENTICE, APPRENTICE AND
9  JOURNEYMAN AFFIRMATIVE ACTION
   TRAINING FUND; HEAVY AND HIGHWAY
10 COMMITTEE; OPERATING ENGINEERS
   LOCAL 3 OF THE INTERNATIONAL
11 UNION OF OPERATING ENGINEERS,
   AFL-CIO,
12
            Plaintiffs,
13
       v.
14
   GALEDRIGE CONSTRUCTION, INC.,
15
            Defendant.
16 _____/

17

18      Default having been entered by the Clerk on March 21, 2012,

19      IT IS HEREBY ORDERED that Plaintiff shall file a motion for

20 default judgment within 30 days from the date of this order, and

21 upon filing of motion for default judgment, said motion will be

22 referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

23 heard and considered at the convenience of his/her calendar.  The

24 Magistrate Judge shall prepare findings and recommendation on the

25 motion.

26

27

28

IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, April 25, 2012 is continued to Wednesday, June 20, 2012.

Dated: 3/26/2012

CLAUDIA WILKEN
United States District Judge