IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEE F.G. CROSTHWAITE; OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; HEAVY AND HIGHWAY COMMITTEE; OPERATING ENGINEERS LOCAL 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>      Plaintiffs,<br><br>  v.<br><br>GALEDRIGE CONSTRUCTION, INC.,<br><br>      Defendant.<br>_____/ | No. C 11-06661 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on March 21, 2012,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

1  IT IS FURTHER ORDERED that the Case Management Conference
2 previously set for Wednesday, April 25, 2012 is continued to
3 Wednesday, June 20, 2012.

4 Dated: 3/26/2012                    _____
5                                     CLAUDIA WILKEN
                                      United States District Judge